# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

| | |
|---|---|
| Honorable John A. Mendez<br>United States District Judge<br>Sacramento, California | **RE: Moises Garcia**<br>**Docket Number: 0972 2:19CR00059-001**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Moises Garcia is requesting permission to travel to Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On November 4, 2014, Moises Garcia was sentenced in the Northern District of California for the offense of 21 USC 841(a)(1) and 841(b)(1)(A)(viii) – Possession With Intent to Distribute and Distribution of Methamphetamine.

**Sentence Imposed:** 50 months custody of the Bureau of Prisons; 60 months supervised release; $100 special assessment. Special conditions include: Payment of the special assessment; no new debt/credit; financial disclosure; warrantless search; drug offender registration; no contact with codefendants; no firearms; DNA collection. On March 29, 2019, jurisdiction was transferred from the Northern District of California to the Eastern District of California.

**Dates and Mode of Travel:** Traveling by air from Fresno, California to Guadalajara, Mexico, and from there by car to Yahualica Jalisco, Mexico on April 13, 2019; returning on May 5, 2019.

**Purpose:** Visit family

REV. 03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:	Moises Garcia
	Docket Number:  0972 2:19CR00059-001
	PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

*/s/ Wendy E. Reyes*

Wendy E. Reyes
United States Probation Officer

Dated:	04/02/2019
	Elk Grove, California
	WER/sda

**REVIEWED BY:**	*/s/ George A. Vidales*
	_____
	**George A. Vidales
	Supervising United States Probation Officer**

---

# ORDER OF THE COURT

**The Court orders:**

☒ Approved	☐ Disapproved

**DATED:**	4/3/2019			/s/ John A. Mendez_____
					John A. Mendez, U. S. District Court Judge

2

REV.  03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX