# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

| | |
|---|---|
| Honorable John A. Mendez<br>United States District Judge<br>Fresno, California | **RE: Moises Garcia**<br>**Docket Number: 2:19CR00059-JAM**<br><u>**PERMISSION TO TRAVEL**</u><br><u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Moises Garcia is requesting permission to travel to Yahualica De Gonzalez Gallo, Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On November 5, 2014, in the Northern District of California, Moises Garcia was sentenced for the offense of 21 USC § 841(a)(1) and 841(b)(1)(A)(viii), Possession With Intent to Distribute and Distribution of Methamphetamine (Class A Felony). On March 29, 2019, a jurisdictional transfer was completed to the Eastern District of California.

**Sentence Imposed:** 50 months Custody in the Bureau of Prisons; 60 months Supervised Release; and $100 Special Assessment (paid).

**Dates and Mode of Travel:** The defendant is requesting to travel from November 6, 2019, through November 13, 2019. Mode of travel will be arranged upon approval.

**Purpose:** Visit pregnant girlfriend.

**RE:    Moises Garcia**
**Docket Number:  2:19CR0059-JAM**
<u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,



Adrian Garcia
United States Probation Officer

Dated:   October 24, 2019
         Fresno, California
         AG/rmv

**REVIEWED BY:**    <u>*/s/ Brian J. Bedrosian*                    </u>
**Brian J. Bedrosian**
**Assistant Deputy Chief United States Probation Officer**

---

# ORDER OF THE COURT

**The Court orders:**

☒ Approved    ☐ Disapproved

Dated:  October 30, 2019            <u>/s/ John A. Mendez                      </u>
                                     HONORABLE JOHN A. MENDEZ
                                     United States District Court Judge